UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

A.M., a minor by and through IEASHA
Mitchell, Guardian and Next Friend, *et al.*,

    Plaintiffs,

v.

CITY OF BENTON HARBOR, *et al.*,

    Defendants.

No. 1:22-cv-475

HON. HALA Y. JARBOU

MAG. JUDGE PHILLIP J. GREEN

/

## ORDER GRANTING MOTION OF CHARLES A. CAVANAGH TO WITHDRAW APPEARANCE AS COUNSEL

On this 31st day of January 2023, it is hereby ORDERED that the Motion of Charles A. Cavanagh to Withdraw Appearance as Counsel is GRANTED. The appearance of Charles A. Cavanagh is hereby terminated.

          /s/ Phillip J. Green
          PHILLIP J. GREEN
          United States Magistrate Judge