UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IESHA MITCHELL, et al.,

    Plaintiffs,           Case No. 1:22–cv–475

v.          Hon. Hala Y. Jarbou

BENTON HARBOR, CITY OF, et al.,

    Defendants.
_____/

## NOTICE OF HEARING CANCELLATION

    The Status Conference set in this matter for **February 16, 2023** is hereby **CANCELLED.** The Court will issue a ruling on the Motions to Dismiss without a hearing.

         U.S. Magistrate Judge

Dated:  February 7, 2023      By:  /s/ Jessica K. Wright
                                                Judicial Assistant