UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

IESHA MITCHELL, et al.,

    Plaintiffs,

v.

BENTON HARBOR, CITY OF, et al.,

    Defendants,

_____/

Hon. Hala Y. Jarbou

Case No. 1:22-cv-00475-HYJ-PJG

## ORDER

This matter is before the Court on Defendant's Motion for Leave to file Brief in excess of 10,800 words. (ECF No. 89). Plaintiff does not oppose the motion. (ECF No. 97). The Court being fully advised in the premises, the motion is **GRANTED**.

    **IT IS SO ORDERED**.

Date: May 4, 2023

    /s/ Phillip J. Green
    PHILLIP J. GREEN
    United States Magistrate Judge