# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:22-cv-00475-HYJ | 5/8/2023 | 2:38 - 4:41 PM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| Mitchell et al v. Benton Harbor, City of et al |

## APPEARANCES

Attorney: / Representing:

| Attorney | Representing |
|---|---|
| Melanie P. Daly<br><br>Corey M. Stern | Plaintiffs Mitchell et al |
| Thomas J. Rheaume, Jr.<br><br>Alexandra Chole Markel | Defendant Benton Harbor, Mayor and City Defendants |
| Margaret Bettenhausen<br><br>Nathan A. Gambill<br><br>Rebecca M. Smith | Defendant Liesel Clark, Gretchen Whitmer and State Defendants |
| Meigs M. Day | Defendant Elhorn Engineering |
| Michelle Thomas | Defendant F&V Operations and Resource Management, Inc. |

## PROCEEDINGS

2

**NATURE OF HEARING:**

Motion Hearing Held regarding ECF Nos. 81, 84, 86, 89, 91, and 93; R&R to issue.

Proceedings Digitally Recorded
Deputy Clerk: A. Doezema