UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IESAH MITCHELL, next friend for A.M., et al.,

    Plaintiffs,

v.

CITY OF BENTON HARBOR, et al.,

    Defendants.

_____/

Case No. 1:22-cv-475

Hon. Hala Y. Jarbou

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that the report and recommendation ("R&R") of the magistrate judge (ECF No. 120) is **APPROVED** and **ADOPTED** in full as the opinion of the Court, except to the extent it asserts that "[s]ome initial concerns regarding dosage appear to have been resolved." (*See* R&R 42.)  The Court does not adopt that assertion.

**IT IS FURTHER ORDERED** that the Rule 12(b)(6) motion to dismiss by Defendants Sarkipato, Clark, Onan, and Oswald (the "State Defendants") (ECF No. 91) is **GRANTED**. Accordingly, the federal claims against the State Defendants are **DISMISSED** for failure to state a claim.

**IT IS FURTHER ORDERED** that the Rule 12(b)(1) motion to dismiss by Defendants Muhammad, O'Malley, Watson, Mitchell, and the City of Benton Harbor (the "City Defendants") (ECF No. 86) is **DENIED**.

**IT IS FURTHER ORDERED** that the Rule 12(b)(6) motion to dismiss by the City Defendants (ECF No. 93) is **GRANTED**.  Accordingly, the federal claims against Defendants

Muhammad, O'Malley, Watson, Mitchell, and the City of Benton Harbor are **DISMISSED** for failure to state a claim.

**IT IS FURTHER ORDERED** that the Rule 12(b)(6) motion to dismiss by Defendant F&V Operations and Resource Management, Inc. (ECF No. 81) is **GRANTED**. Accordingly, the federal claims against F&V Operations and Resource Management, Inc. are **DISMISSED** for failure to state a claim.

**IT IS FURTHER ORDERED** that the Rule 12(b)(6) motion to dismiss by Defendant Elhorn Engineering Company (ECF No. 84) is **GRANTED**. Accordingly, the federal claims against Elhorn Engineering Company are **DISMISSED** for failure to state a claim.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiffs' claims arising under state law. Accordingly, Plaintiffs' state-law claims are **DISMISSED WITHOUT PREJUDICE**.

Because all claims have been dismissed, the Court will enter a judgment dismissing the case.

Dated: September 28, 2023          /s/ Hala Y. Jarbou
                                   HALA Y. JARBOU
                                   CHIEF UNITED STATES DISTRICT JUDGE