Case No. 23-1970

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

IESHA MITCHELL, Guardian and next friend of A.M. et al.

    Plaintiffs - Appellants

v.

CITY OF BENTON HARBOR, MI; et. al.

    Defendants - Appellees


Upon consideration of the appellee's motion requesting remote participation,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

    **ENTERED BY ORDER OF THE COURT**
    Kelly L. Stephens, Clerk

Issued: August 28, 2024