UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEA N. BENNETT, et al.,

       Plaintiffs,                      Case No. 1:22–cv–00475–HYJ–PJG

v.                                   Hon. Hala Y. Jarbou

BENTON HARBOR, CITY OF, et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:             June 3, 2025   10:00 AM
Chief Judge:          Hala Y. Jarbou
Place/Location:      128 Federal Building, Lansing, MI

                                        HALA Y. JARBOU
                                        Chief United States District Judge

Dated:  May 6, 2025        By:    /s/ A. Seymore_____
                                         Case Manager