UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARETHA BRAZIEL, et al.,

    Plaintiffs,

v.

CITY OF BENTON HARBOR, et al.

    Defendants.

    Case No. 1:21-cv-960

    Hon. Hala Y. Jarbou

_____/

IESHA MITCHELL, et al.,

    Plaintiffs,

v.

CITY OF BENTON HARBOR, et al.,

    Defendants.

    Case No. 1:22-cv-475

    Hon. Hala Y. Jarbou

_____/

CITY OF BENTON HARBOR,

    Plaintiff,

v.

THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT,
et al.,

    Defendants.

    Case No. 1:25-cv-861

    Hon. Hala Y. Jarbou

_____/

**<u>MINUTES</u>**

| DATE | TIME (begin/end) | PLACE | JUDGE |
|---|---|---|---|
| 1/20/2026 | 1:45PM – 2:30 PM | Lansing | Hala Y. Jarbou |

## APPEARANCES

PLAINTIFF(S):
| | |
|---|---|
| Mark P. Chalos | (*Braziel* Plaintiffs) |
| Annika K. Martin | (*Braziel* Plaintiffs) |
| Wilson M. Dunlavey | (*Braziel* Plaintiffs) |
| Carl Edwards | (*Braziel* Plaintiffs) |
| James Buster | (*Mitchell* Plaintiffs) |

DEFENDANT(S):
| | |
|---|---|
| Thomas J. Rheaume, Jr. | (City of Benton Harbor and Michael O'Malley) |
| Danielle Rose Chidiac | (Travelers entities) |

## PROCEEDINGS

NATURE OF HEARING:
Motion hearing held regarding Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (ECF No. 319) in the consolidated cases *Braziel, et al. v. Whitmer, et al.*, Case No. 1:21-cv-960, and *Mitchell, et al. v. City of Benton Harbor, et al.*, Case No. 1:22-cv-475; motion granted; order to issue.

COURT REPORTER:   Stefanie Pohl                          /s/ A. Seymore
                                                         CASE MANAGER